### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| AMTRUST INSURANCE COMPANY OF KANSAS, INC. d/b/a AmTrust Insurance Company, | ) ) ) ) |
| Plaintiff, | ) ) |
| And | ) ) |
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, | ) ) ) |
| Intervenor/Plaintiff, | ) ) |
| V. | ) ) ) CIVIL ACTION NO. SA-23-CA-00238-FB |
| TOP CLASS HOSPITALITY, LLC; MDM F T, LLC; and HOTEL INDIGO FRISCO, | ) ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Parties' Joint Stipulation of Dismissal (docket no. 44), filed on April 29, 2024. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above entitled action is dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (contained within docket no. 39) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Parties Joint Stipulation of Dismissal (docket no. 44) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of April, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE